UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LARRY L. WOODS,

         Plaintiff,

   v.              **DECISION AND ORDER**
                     10-CV-719-A

CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
DET. JOSEPH J. MARTIN,
DET. DAVID REDMOND,
DET. JOHN GARCIA,
DET. THOMAS DOCTOR,
DET. WILLIAM DONOVAN,
DET. SHARON ACKER,
DET. JUDITH WALKER,
SGT. DET. BARBARA CALLAHAN-MOLL,

         Defendants.

---

  This civil-rights action was referred to Magistrate Judge Leslie G. Foschio pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On October 31, 2016, Magistrate Judge Foschio filed a Report and Recommendation (Dkt. No. 48), recommending that the Complaint be dismissed pursuant to L.R.Civ.P. 41(b) for failure to prosecute.

  The Court has carefully reviewed the Report and Recommendation and the record, and no objections to the Report and Recommendation having been filed, it is hereby

  **ORDERED**, pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in

Magistrate Judge Foschio's Report and Recommendation (Dkt. No. 48), the Complaint is dismissed pursuant to L.R.Civ.P. 41(b) for failure to prosecute. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   January 21, 2017